# UNITED STATES DISTRICT COURT
for the

_____ District of Alaska _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MICHAEL DION ANCHRUM | ) Case No: 3:06-cr-00085-TMB |
| | ) USM No: 15321-006 |
| Date of Original Judgment: 12/3/2007 | ) |
| Date of Previous Amended Judgment: 1/07/2009 | ) F. Richard Curtner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    157    months **is reduced to**    152 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/3/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   4/1/2016                    S/TIMOTHY M. BURGESS
                                          *Judge's signature*

Effective Date:   4/1/2016                TIMOTHY M. BURGESS
*(if different from order date)*          *Printed name and title*